***CONTINUED***

## ADVERSARY PROCEEDING/MOTION COURT PROCEEDING MEMO

DATE: AUGUST 17, 2006  
TIME: 11:00 A.M.  
DKT. NO.: _____  
CASE NO.: 04-03443  
AP/MOT NO.: 05-06021  

IN RE: SHARON J. GAUNT      PRESENT ✓

COUNSEL   CHAMPLIN/M   PRESENT ✓

TRUSTEE   SCHNEIDER/W  PRESENT X

| NAME OF PLAINTIFFS | COUNSEL FOR PLAINTIFFS | PRESENT |
|---|---|---|
| JAMES and TINA SHANK | KRUMBEIN/J | ✓ |

| NAME OF DEFENDANTS | COUNSEL FOR DEFENDANTS | PRESENT |
|---|---|---|
| SHARON J. GAUNT | CHAMPLIN | ✓ |

### TYPE OF HEARING

| | PRE-TRIAL CONF. | X | TRIAL | | MOT. TO LIFT STAY | | LIEN AVOIDANCE |
|---|---|---|---|---|---|---|---|

TYPE: TRIAL ON COMLAINT TO VACATE AND DENY DISCHARGE, OR IN THE ALTERNATIVE, TO DENY DISCHARGE OF PLAINTIFF'S DEBT

TRIAL SET: _____ TIME _____ TIME ESTIMATE _____ HRS.

### NOTES:

Summons re-issued on 5/20/05

***ANSWER FILED BY DEFENDANT (DKT #10)***

Plff — W-1 — Mrs. Tina Shank; W-2 — Mr. James Shank;

Counsel for defendant moved Court to Dismiss upon grounds that Counsel for plaintiff failed to meet the burden of proof going forward [illegible].

RULING: Granted — Complaint Dismissed in favor of defendant.

ORDER SUBMITTED IN COURT: _____ TO SUBMIT ORDER WITHIN 15 DAYS  Champlin  
CONTINUED FOR ORDER TO BE SUBMITTED TO: _____ AT _____  
DECISION WITHHELD _____ BRIEFING SCHEDULE: _____

FOR THE COURT:  
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE  
A. TERRENCE KEMPSON, LAW CLERK  
EVANS & CO., COURT REPORTERS (804) 239-2552  
BARBARA D. OKES, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.